IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

```
UNITED STATES OF AMERICA,        )
                                 )      4:01CR3112
                Plaintiff,       )
                                 )
       vs.                       )      ORDER
                                 )
LUIS CEJA,                       )
                                 )
                Defendant.       )
```

IT IS ORDERED that a revocation hearing is set to commence at **12:00 p.m. on June 6, 2006** before the Hon. Richard G. Kopf, United States District Judge, in Courtroom #1, United States Courthouse, Lincoln, Nebraska.


Dated:  March 2, 2006.


BY THE COURT

s/ David L. Piester

_____
David L. Piester
United States Magistrate Judge