IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 4:01CR3112 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | **ORDER** |
| LUIS CEJA, | ) | |
| | ) | |
| Defendant. | ) | |

On the court's own motion,

IT IS ORDERED that Defendant Ceja's revocation hearing is continued to Thursday, June 8, 2006, at 12:00 noon, before the undersigned United States District Judge, in Courtroom No. 1, Robert V. Denney Federal Building and United States Courthouse, Lincoln, Nebraska. Since this is a criminal case, the defendant shall be present unless excused by the court.

March 13, 2006.                          BY THE COURT:

                                          s/ *Richard G. Kopf*
                                          United States District Judge